| | | |
|---|---|---|
| In Re: | Case No. | 15-50689-pjs |
| Mark A Williams | Chapter | 13 |
| | Judge | Shefferly |
| Regina L Williams | | |
| _____Debtor(s)/_ | | |

**ORDER CONFIRMING PLAN**

    The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
    Therefore, **IT IS HEREBY ORDERED** that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.
    **IT IS FURTHER ORDERED** that the claim of **Brian J. Small/Thav Gross PC**, attorneys for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$FEES BY APPLICATION** in fees and **$COSTS BY APPLICATION** in expenses, and that the portion of such claim which has not already been paid, to-wit: **$FEES BY APPLICATION** shall be paid by the Trustee as an administrative expense of this case.
    **IT IS FURTHER ORDERED** that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
    All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore **ORDERED** to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

    **IT IS FURTHER ORDERED** as follows: [Only provisions checked below apply]

APPROVED:

| | |
|---|---|
| /s/ Lisa K. Mullen (P55478) attorney for | /s/ Brian J. Small |
| David Wm. Ruskin | Brian J. Small (P46901) |
| Chapter 13 Trustee | Garik Osipyants (P69952) |
| 1100 Travelers Tower | Thav Gross PC |
| 26555 Evergreen Road | 30150 Telegraph Rd., Suite 444 |
| Southfield, MI 48076-4251 | Bingham Farms, MI 48025 |
| | (248) 645-1700 |
| | bankruptcy@thavgross.com |

.

**Signed on October 31, 2015**

                                                   **/s/ Phillip J. Shefferly**
                                                   **Phillip J. Shefferly**
                                                   **United States Bankruptcy Judge**